In the Matter of the Claim of EDWARD SLOCUM, Respondent, against MANHATTAN STORAGE & WAREHOUSE Co., Appellant. STATE INDUSTRIAL BOARD, Respondent. — Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of the Claim of VIRGINIA HUSSEY, Respondent, against ARTHUR MURRAY and THE CENTURY INDEMNITY COMPANY, Appellants. STATE INDUS- TRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

BERNICE H. EISINGER, Appellant, v. FRANCIS H. EISINGER, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.